# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON, JR., | Case No.: 2:19-cv-348-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTIONS FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT** |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | [ECF Nos. 14, 16] |

Ervin Middleton, Jr. moves for entry of default and default judgment against defendant The Best Service Company. ECF Nos. 14, 16. Based on the affidavit filed by Mr. Middleton (ECF No. 14 at 2-3), it does not appear that the defendant was properly served under Federal Rule of Civil Procedure 4. Service by mail is not proper. Mr. Middleton is urged to read and comply with Federal Rule of Civil Procedure 4 regarding proper service. Mr. Middleton's motions for entry of default and default judgment **(ECF Nos. 14, 16) are denied without prejudice**.

Dated: March 11, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE