# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON, JR., | Case No.: 2:19-cv-00348-APG-VCF |
| Plaintiff, | |
| v. | **Order Dismissing Case** |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

I previously granted leave for plaintiff Ervin Middleton, Jr. to file an amended complaint by August 26, 2019. ECF No. 44. I advised Middleton that if he did not file an amended complaint by that date, this case would be closed. *Id.* at 6. Middleton did not file an amended complaint.

IT IS THEREFORE ORDERED that the Clerk of Court is instructed to close this case.

DATED this 9th day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE